

310 4TH ST. NE, 2ND FLOOR
POST OFFICE BOX 298
CHARLOTTESVILLE, VA 22902
MAIN: 434.951.7200

E. KYLE MCNEW
*kmcnew@michiehamlett.com*
*Direct: 434.951.7234*
*Direct Fax: 434.951.6464*

September 28, 2020

<u>Via CM/ECF Filing</u>
The Honorable Norman K. Moon
United States District Court – WDVA
P.O. Box 657
Lynchburg, VA 24505

    Re:    *Ruth Ann Warner, as Guardian of Jonathan James Brewster Warner v. Centra Health, Inc., et al.*
           USDC-WDVA, Case No. 6:19CV00055

Dear Judge Moon,

In response to the Court's Order (ECF No. 65) seeking disclosure of the terms of the settlement between Plaintiff and Defendant Baskervill, Plaintiff and Defendant jointly represent that they have agreed in principle for the Plaintiff to release all claims against all Baskervill entities arising out of the incident that is the subject of this suit in return for a payment of $150,000. The parties have also agreed upon a confidential settlement agreement. However, the settlement cannot be finalized until the settlement is approved by the Court due to the fact that the Plaintiff is a person under a disability. Court approval, in turn, cannot occur until issues regarding Medicaid liens and other healthcare provider liens are addressed. That process is underway, but is subject to the responsiveness of entities outside of either party's control. Plaintiff and Baskervill anticipate presenting the settlement for court approval immediately upon those lien issues being resolved.

We hope this responds to the Court's inquiry. Should the Court need additional information, the parties will do their best to provide the same.

                              Sincerely,

                              */s/ E. Kyle McNew*

                              E. Kyle McNew

cc:  Counsel of Record via CM/ECF