CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
12/2/2020
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

RUTH ANN WARNER,
*as Guardian of Jonathan James Brewster Warner*,

       *Plaintiff*,

v.

CENTRA HEALTH INC., *et al.*,

       *Defendants*.

CASE NO. 6:19-cv-55

**ORDER**

JUDGE NORMAN K. MOON

  Before the Court is Plaintiff's Motion to Modify Order Approving Compromise Settlement with Defendant Baskervill Architecture, Inc. Dkts. 85, 88. Plaintiff requests that the amount of the settlement be approved, that Defendant Baskervill Architecture, Inc. ("Baskervill") be dismissed upon payment of the proceeds, but that the Court maintain jurisdiction of the matter pending the Commonwealth's determination of its liens. Accordingly, the Court hereby **MODIFIES** its previous order, Dkt. 85, and **ORDERS** as follows:

1. Baskervill, without admitting liability or negligence will pay Plaintiff $150,000, as the full and final settlement amount of any and all claims against Baskervill arising out of the January 11, 2016 shooting.

2. The settlement requirements satisfy Va. Code § 8.01-35.1, and therefore discharges Baskervill from all liability for claims for contribution to any other person liable for the same injury alleged by Plaintiff.

3. Upon receipt of the Commonwealth's final position regarding its liens, Plaintiff will move the Court for approval of the distribution and request a hearing if there is no agreement regarding a proposed reduction. The Court retains jurisdiction over this matter to adjudicate the lien issue, if necessary.

It is so **ORDERED**.

The Clerk of the Court is directed to send a copy of this Order to all counsel of record.

ENTERED this __2nd__ day of December, 2020.

*[Signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE