# **EXHIBIT 2**



JOSHUA F. P. LONG
Admitted in Virginia and North Carolina
(540) 983-7725
jlong@woodsrogers.com

January 31, 2018

M. Bryan Slaughter, Esq.
MichieHamlett
500 Court Square, Suite 300
P.O. Box 298
Charlottesville, Virginia 22902

M. Paul Valois, Esq.
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, Virginia 24502

Re:   Jonathan Warner v. Centra Health, Inc., et. al., Case No.: CL17-3690; Ruth Warner v. Centra Health, Inc., et al., Case No. CL17-903; Ruth Warner as Guardian of Jonathan Warner v. Centra Health, Inc., et al., Case No. CL18-151-8; and Ruth Warner as Guardian of Jonathan Warner v. Centra Health, Inc., et al., Case No. CL18-152-1

Dear Bryan and Paul:

We write to provide you, Jonathan Warner, Ruth Ann Warner and the other Warner family members (the "Warners") with notice of our belief that mobile phones, tablets, laptops and other mobile devices within their possession, custody or control contain evidence that is both relevant to the above-referenced litigation and within the scope of allowable discovery. Please remind the Warners of their continuing legal duty to preserve all relevant evidence and to refrain from deleting, modifying or otherwise altering any data on their mobile devices, including, but not limited to, call histories and logs, contacts, voicemails, web histories, applications, media stores (pictures/videos), text messages (SMS/MMS/iMessage), any other messaging application with responsive data such as Facebook or WhatsApp and any iCloud data (including backups).

We request that all of the Warners' mobile devices be preserved at all times through the conclusion of the above-referenced litigation. Based on your discovery responses and other available information, we understand that the Warners have maintained at least the following mobile phone numbers. Please confirm this is accurate and advise us of any others.

| CUSTODIAN | MOBILE NUMBER |
|---|---|
| Jonathan Warner | 434-277-5330 |
| Jonathan Warner | 434-333-1351 |
| Ruth Warner | 434-277-8277 |
| Ruth Warner | 434-826-0858 |

{2285049-1, 106642-00064-01}

P.O. Box 14125, Roanoke, Virginia 24038-4125
10 S. Jefferson Street, Suite 1400, Roanoke, Virginia 24011
P (540) 983-7600 ● F (540) 983-7711

www.woodsrogers.com

Charlottesville  ●  Danville  ● Lynchburg ● Richmond ● Roanoke

M. Bryan Slaughter, Esq.
M. Paul Valois, Esq.
January 31, 2018
Page 2

| Joshua Warner   | 434-826-0858 |
| --------------- | ------------ |
| Daniel Warner   | 434-826-0991 |
| Victoria Warner | 434-826-0814 |
| Lovelee Warner  | 434-826-0858 |
| Philip Warner   | 434-907-9842 |
| Stephen Warner  | 434-258-9825 |

These and any other mobile devices that the Warners have maintained must be preserved in a forensically sound manner with software designed specifically for mobile forensics. A full backup and full acquisition of the file system and all available content from these mobile devices should be made, including, but not limited to, call histories and logs, contacts, voicemails, web histories, applications, media stores (pictures/videos), text messages (SMS/MMS/iMessage), any other messaging application with responsive data such as Facebook or WhatsApp and any iCloud data (including backups). Please remind the Warners that they need to preserve and refrain from deleting, modifying or otherwise altering all of this data at all times through the conclusion of the above-referenced litigation.

In addition to seeking access to the Warners' mobile devices for review and forensic examination, we will request during discovery, among other things, copies of their phone bills and any other documents showing their call histories or logs, text message histories or other data. We believe that the data on these devices will be vital to our defenses in the above-referenced litigation and we appreciate your assistance and cooperation in ensuring its preservation.

Please do not hesitate to contact us if you wish to discuss or have any questions or concerns.

Very truly yours,

WOODS ROGERS PLC

Joshua F. P. Long

{2285049-1, 106642-00064-01}