# EXHIBIT 3

Print Name: _____

## Court Order Requirements

Pursuant to Paragraph 3 of the attached Court Order, you and each of your siblings (the "Warner Siblings") are required to: (1) "review the entire contents of all mobile phones, tablets, desktop and laptop computers, pagers and other electronic devices that you have owned or used at any time from December 1, 2015 to present;" and (2) produce the following:

"(a) all communications between Jonathan Warner and any of the Warner Siblings from December 1, 2015 to January 31, 2016;

(b) all communications between Ruth Ann Warner and any of the Warner Siblings from December 1, 2015 to January 31, 2016; and

(c) all non-privileged communications to or from any of the Warner Siblings, documents created, generated, or possessed by any of the Warner Siblings, and all contents of all of the Warner Sibling Devices that refer or relate to:

(i) Jonathan Warner's mental state at any time between December 1, 2015 and January 31, 2016 irrespective of the date when the communication was made,

(ii) Centra,

(iii) this lawsuit [filed by Ruth Ann Warner and Jonathan Warner against Centra],

(iv) the shooting incident or any other events on January 10-11, 2016,

(v) or the trip to Florida in December of 2015,

(vi) or that discuss or question Jonathan Warner's mental health diagnoses or sanity or suggest that Jonathan Warner may not be insane."

This includes not only the contents of your devices but also the contents of all emails, text messages, calendar entries, task list entries, pictures, videos, social media or other cloud or web based accounts or backups which are or may be accessible through such devices.

Please double check and confirm that you have: (1) reviewed the entire contents of all such devices and accounts and (2) searched for, identified and produced all of the required information. Please sign this form and provide it to me with any responsive information by **February 17, 2021**.

## Identification of Devices and Accounts

Please identify each mobile phone, tablet, desktop and laptop computer, pager and other electronic device that you have owned or used at any time since December 1, 2015. For each such device, please provide the make and model, the time period during which you used it, and its current condition and whereabouts.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

Please identify each personal or work email, text message, social media or other cloud or web based account or backup that you have owned or used at any time since December 1, 2015. For each such account, please provide the name and location, the time period during which you used it and its current size and status.

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

## Verification of Compliance with Court Order

You have a duty to preserve and produce all information responsive to the Court Order. To verify compliance with the Court Order, please answer the following:

1. Is the above list of devices and accounts that you have owned or used at any time since December 1, 2015 true and accurate and complete? _____

2. Have you reviewed the entire contents of all such devices and accounts? _____

3.     Have you searched for, identified and produced all of the required information? _____

4.     Have you searched for, identified and produced all communications between Jonathan Warner and any of the Warner Siblings from December 1, 2015 to January 31, 2016? _____

5.     Have you searched for, identified and produced all communications between Ruth Ann Warner and any of the Warner Siblings from December 1, 2015 to January 31, 2016? _____

6.     Have you searched for, identified and produced all communications to or from any of the Warner Siblings, documents created, generated, or possessed by any of the Warner Siblings, and all contents of all of the Warner Sibling Devices that refer or relate to Jonathan Warner's mental state at any time between December 1, 2015 and January 31, 2016 irrespective of the date when the communication was made? _____

7.     Have you searched for, identified and produced all communications to or from any of the Warner Siblings, documents created, generated, or possessed by any of the Warner Siblings, and all contents of all of the Warner Sibling Devices that refer or relate to Centra? _____

8.     Have you searched for, identified and produced all communications to or from any of the Warner Siblings, documents created, generated, or possessed by any of the Warner Siblings, and all contents of all of the Warner Sibling Devices that refer or relate to this lawsuit [filed by Ruth Ann Warner and Jonathan Warner against Centra]? _____

9.     Have you searched for, identified and produced all communications to or from any of the Warner Siblings, documents created, generated, or possessed by any of the Warner Siblings, and all contents of all of the Warner Sibling Devices that refer or relate to the shooting incident or any other events on January 10-11, 2016? _____

10.     Have you searched for, identified and produced all communications to or from any of the Warner Siblings, documents created, generated, or possessed by any of the Warner Siblings, and all contents of all of the Warner Sibling Devices that refer or relate to the trip to Florida in December of 2015? _____

11.     Have you searched for, identified and produced all communications to or from any of the Warner Siblings, documents created, generated, or possessed by any of the Warner Siblings, and all contents of all of the Warner Sibling Devices that refer or relate to or that discuss or question Jonathan Warner's mental health diagnoses or sanity or suggest that Jonathan Warner may not be insane? _____

I declare under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: _____          Signature: _____