# IN THE U.S. DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| **PETTY, LIVINGSTON, DAWSON &** ) | |
| **RICHARDS, PC, as Conservator of the Estate of** ) | |
| **JONATHAN JAMES BREWSTER WARNER** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Case No. 6:19CV00055 |
| ) | |
| **CENTRA HEALTH, INC., et al.** ) | |
| ) | |
| **Defendants** ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Petty, Livingston, Dawson & Richards, PC, as Conservator of the Estate of Jonathan James Brewster Warner ("Plaintiff") and Defendant Michael Judd ("Dr. Judd"), by counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal with prejudice of all claims against Dr. Judd. This notice does not serve as a dismissal of Plaintiff's claims against the remaining Defendants.

Dated: May 4, 2022                                                    Respectfully Submitted,

| | |
|---|---|
| By:/s/ M. Bryan Slaughter | By: /s/ Joshua F. P. Long |
| M. Bryan Slaughter, Esquire (VSB No. 41910) | Elizabeth Guilbert Perrow, Esq. (VSB No. 42820) |
| E. Kyle McNew, Esquire (VSB No. 73210) | Daniel T. Sarrell, Esq. (VSB No. 77707) |
| MICHIEHAMLETT | Joshua F. P. Long, Esq. (VSB No. 65684) |
| P.O. Box 298 | Joshua R. Treece, Esq. (VSB No. 79149) |
| Charlottesville, Virginia 22902 | J. Walton Milam III, Esq. (VSB No. 89406) |
| (434) 951-7200 Phone | WOODS ROGERS PLC |
| bslaughter@michiehamlett.com | P. O. Box 14125 |
| kmcnew@michiehamlett.com | Roanoke, VA 24038-4125 |
| | Phone: (540) 983-7600 |
| M. Paul Valois (VSB No. 72326) | eperrow@woodsrogers.com |
| JAMES RIVER LEGAL ASSOCIATES | dsarrell@woodsrogers.com |
| 7601 Timberlake Road | jlong@woodsrogers.com |
| Lynchburg, Virginia 24502 | jtreece@woodsrogers.com |
| (434) 845-4529 Phone | wmilam@woodsrogers.com |
| mvalois@vbclegal.com | |
| | *Counsel for Defendant Michael Judd, M.D.* |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of May, 2022, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notice to all counsel of record:

/s/ M. Bryan Slaughter